PATRICK T. CONNOR, Bar No. 89136
pconnor@deconsel.com
GARRISON H. DAVIDSON, Bar No. 157426
gdavidson@deconsel.com
DeCARLO, CONNOR & SHANLEY
A Professional Corporation
533 S. Fremont Avenue, 9th Floor
Los Angeles, California 90071-1706
Telephone:  213/488-4100
Telecopier: 213/488-4180

ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, <br><br> Plaintiffs, <br><br> v. <br><br> SUNSERI'S INSTALLATION, INC., a California corporation; GREG SUNSERI, an individual, also known as GREGORY LOUIS SUNSERI; VICKY SUNSERI, an individual, also known as VICKY KATHLEEN SUNSERI; PLATTE RIVER INSURANCE COMPANY, a Nebraska corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. SACV 11-1624AG(MLGx) <br><br> JUDGMENT <br><br> Before the Honorable <br>     Andrew J. Guilford <br><br><br> DATE: May 14, 2012 <br> TIME: 10:00 a.m. <br> CTRM: 10D |

This case came for hearing on May 14, 2012 before the Honorable Andrew J. Guilford, United States District Court Judge.

It appearing that Defendants SUNSERI'S INSTALLATION, INC., a California corporation, GREG SUNSERI, an individual, also known as

GREGORY LOUIS SUNSERI and VICKY SUNSERI, an individual, also known as VICKY KATHLEEN SUNSERI, having been regularly served with process, having failed to plead or otherwise defend this action and their default having been entered; on application of Plaintiffs CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS (together, "PLAINTIFFS"), to the Court and after having considered the papers and arguments submitted in support thereof, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Judgment is entered in favor of PLAINTIFFS and against SUNSERI'S INSTALLATION, INC. in the amount of $100,318.74, plus costs to be determined after entry of judgment, plus post-judgment interest under 28 U.S.C. §1961(a); and

2. judgment is entered in favor of PLAINTIFFS and against GREG SUNSERI AND VICKY SUNSERI in the amount of $101,602.41, plus costs to be determined after entry of judgment, plus post-judgment interest under 28 U.S.C. § 1961(a).

The judgments granted against SUNSERI'S INSTALLATION, INC. and GREG SUNSERI AND VICKI SUNSERI arise from the same underlying obligation.  Satisfaction of an amount as to one judgment shall offset and satisfy the other judgment in the same amount.  There shall be no double recovery.

DATED: June 15, 2012

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE